UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -                                            19-CR-004 (WFK)

RONELL WATSON,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

       PLEASE TAKE NOTICE that Assistant United States Attorney Samuel P. Nitze from this point forward will be added as counsel in the above-captioned matter.

       All future correspondence to the United States in the above-captioned matter should be sent to:

       Assistant U.S. Attorney Samuel P. Nitze
       United States Attorney's Office (Criminal Division)
       271 Cadman Plaza East
       Brooklyn, New York 11201
       Tel:  (718) 254-6465
       Fax: (718) 254-6320
       Email: samuel.nitze@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Samuel P. Nitze at the email address set forth above.

Dated: Brooklyn, New York
July 1, 2019

                                          Respectfully submitted,

                                          RICHARD P. DONOGHUE
                                          United States Attorney

                            By:    /s/ Samuel P. Nitze
                                          Samuel P. Nitze
                                          Assistant U.S. Attorney

cc:     Clerk of the Court (WFK)