1  UNITED STATES DISTRICT COURT
   EASTERN DISTRICT OF NEW YORK
2
   - - - - - - - - - - - - - X
3
   UNITED STATES OF AMERICA,    : 19-CR-4(WFK)
4                               :
                                :
5                               :
        -against-              : United States Courthouse
6                              : Brooklyn, New York
                               :
7                              :
   RONELL WATSON,              : Wednesday, July 17, 2019
8                              : 9:30 a.m.
            Defendant.         :
9                              :
                               :
10
   - - - - - - - - - - - - - X
11
            TRANSCRIPT OF CRIMINAL CAUSE FOR TRIAL
12       BEFORE THE HONORABLE WILLIAM F. KUNTZ, II
            UNITED STATES DISTRICT COURT JUDGE
13
                 A P P E A R A N C E S :
14
   For the Government:    UNITED STATES ATTORNEY'S OFFICE
15                        EASTERN DISTRICT OF NEW YORK
                          271 Cadman Plaza East
16                        Brooklyn, New York 11201
                          BY:RICHARD P. DONOGHUE,
17                           United States Attorney
                          FRANCISCO NAVARRO,
18                           Assistant United States Attorney

19
   For the Defendant:    FEDERAL DEFENDERS OF NEW YORK
20                        1 Pierrepont Plaza - 16th Floor
                          Brooklyn, New York 11201
21                        BY:MICHELLE A. GELERNT, ESQ.
                          MICHAEL P. PADDEN  ESQ.
22                        BENJAMIN ZEV YASTER, ESQ.

23
   Court Reporter:    DENISE PARISI, OFFICIAL COURT REPORTER
24                     225 Cadman Plaza East/Brooklyn, NY 11201
                       DeniseParisi72@gmail.com
25 Proceedings recorded by mechanical stenography, transcript
   produced by Computer-Aided Transcription.

1    (Whereupon, commencing at 11:08 a.m., the following

2    further proceedings were had in open court, outside the

3    presence of the jury, to wit:)

4    THE COURT:  Would you call down again, Mr. Jackson,

5    and see how much longer it's going to be?

6    (Pause.)

7    THE COURTROOM DEPUTY:  They are on their way up,

8    Judge, right now.

9    THE COURT:  Thank you.

10    (Pause.)

11    MS. GELERNT:  Your Honor, may we go in the back for

12    a moment?

13    THE COURT:  No.  Bring him out.

14    (Defendant enters the courtroom at 11:13 a.m.)

15    THE COURT:  Please be seated, everyone.  Remain

16    seated during the appearances.

17    All right, Mr. Jackson, call the case and we'll take

18    the appearances.

19    THE COURT:  Criminal cause for trial, Docket Number

20    19-CR-4, USA versus Watson.

21    Counsel, please state your appearances for the

22    record.

23    MR. DONOGHUE:  For the United States, Richard

24    Donoghue, R-I-C-H-A-R-D D-O-N-O-G-H-U-E, and Francisco

25    Navarro, F-R-A-N-C-I-S-C-O N-A-V-A-R-R-O.

1      Your Honor, I would also note that at the table we

2  have FBI Special Agent Shane Oravsky, S-H-A-N-E O-R-A-V-S-K-Y.

3      Good morning, Your Honor.

4      THE COURT:  Good morning.

5      For the defense?

6      MR. YASTER:  Federal Defenders by Benjamin Yaster.

7  That's B-E-N-J-A-M-I-N Y-A-S-T-E-R, on behalf of Ronell

8  Watson, R-O-N-E-L-L W-A-T-S-O-N, who is seated to my left.

9  Good morning.

10      THE COURT:  Good morning.

11      MS. GELERNT:  Good morning, Your Honor.  Federal

12  Defenders by Michelle Gelernt, M-I-C-H-E-L-L-E, last name is

13  G-E-L-E-R-N-T.

14      MR. PADDEN:  And also for the Federal Defenders,

15  Your Honor, Michael Padden, M-I-C-H-A-E-L P-A-D-D-E-N.  Good

16  morning.

17      THE COURT:  Good morning.

18      The Court has received the following note:

19  Honorable Judge, We, the jury, have reached a verdict.  We

20  would also like to inquire if the names of the jurors will be

21  made public and/or be public record, and, if so, if there is

22  an option for it not to be published publicly.  Thank you.

23  Signed by the jury foreperson.

24      I have marked that as Exhibit 8.

25      (Court's Exhibit 8 so marked.)

1      THE COURT:  I have prepared a response, Exhibit 8-A,

2  which reads as follows:  William F. Kuntz, II, United States

3  District Judge, in response to the jury's note, which has been

4  marked as Court Exhibit 8, the Court advises the jury the

5  names of the jurors are not publicly available and will never

6  be made public or publicly available.  The names of the jurors

7  are known only to the Court and the counsel of record.  The

8  Court hereby orders all counsel of record and all parties to

9  this action to maintain forever the confidentiality and the

10  names of the jurors and it never to make the names of the

11  jurors public or publicly available.  So ordered.  The

12  Honorable William F. Kuntz, II, United States District Court,

13  July 17, 2019.

14      Any objection to Court A -- the Court 8-A, being

15  sent into the jury room?

16      MR. DONOGHUE:  Not from the Government, Your Honor.

17      THE COURT:  Any objection from the Federal Defenders

18  to Court 8-A being sent into the jury room?

19      MS. GELERNT:  Your Honor, if we may just have a

20  moment?

21      THE COURT:  We have copies of the document for both

22  sides to see.  You can give them Court 8 and Court 8-A.

23      (Pause.)

24      MS. GELERNT:  Your Honor, we have no objection.

25      (Court's Exhibit 8-A so marked.)

1    THE COURT:  All right.  Would you please give Court

2  8-A to the Court security officer to be taken in to the jury,

3  please?  And then come right back.

4           (Pause.)

5           (Court's Exhibit 2-A so marked.)

6           THE COURT:  The Court has also received from the

7  court security officer the following document:  Court

8  Exhibit 2-A, verdict reached, which reads as follows:  Judge

9  Kuntz, We, the jury, have reached a unanimous verdict.  The

10  foreperson of the jury has signed that verdict sheet and will

11  bring that verdict sheet with him or her into the courtroom

12  marked as Court Exhibit 3-A to be announced in court when we

13  are brought back to the court by the court security officer.

14  The foreperson has signed and dated the form.

15           Should I bring the jury in, Government?

16           MR. DONOGHUE:  Yes, sir.

17           THE COURT:  Defense counsel?

18           MS. GELERNT:  Yes, Your Honor.

19           THE COURT:  All right.

20           Would you please, Michael, tell the court security

21  officer that he should bring in the jury, and he can give the

22  lawyers copies of Court 2-A.

23           MS. GELERNT:  Your Honor, do you want Mr. Watson to

24  stand or sit --

25           THE COURT:  Sit.

1    MS. GELERNT:  Okay.

2    THE COURT:  I want everybody to remain seated when

3  the jury comes in, and I want everybody to have their cell

4  phones stored, as they say in the airline business.

5    (Pause.)

6    THE MARSHAL:  All rise.

7    (Jury enters.)

8    (Court's Exhibit 3-A so marked.)

9    THE COURT:  Welcome back, ladies and gentlemen of

10  the jury.  I understand you have reached a verdict.  I'm going

11  to ask the foreperson of the jury to read the verdict out

12  loud.

13    Ladies and gentlemen of the jury, you may be seated.

14    Foreperson, I would like you to stand, keep your

15  voice up, and read the verdict out loud.

16    Counsel, everyone, please sit down.

17    Go ahead.

18    JURY FOREPERSON:  We, the jury, in the

19  above-captioned case hereby render the following verdict:

20    Ronell Watson.

21    Count One:  Attempted murder of a federal officer.

22    Guilty.

23    Count Two:  Assault of a federal officer.

24    Guilty.

25    Did the defendant use a deadly or dangerous weapon

1  to commit the assault?

2          Yes.

3          Did the defendant inflict bodily injury?

4          Yes.

5          Count Three:  Using and possessing a firearm during

6  and in relation to a crime of violence.

7          Guilty.

8          Did the defendant use, carry, or possess a firearm

9  in connection with the underlying crime charged in Count One?

10          Yes.

11          If yes, did the defendant discharge the firearm in

12  relation to the underlying crime charged in Count One?

13          Yes.

14          Did the defendant use, carry, or possess a firearm

15  in connection with the underlying crime charged in Count Two?

16          Yes.

17          If yes, did the defendant discharge a firearm in

18  relation to the --

19          THE COURT:  Keep going.

20          JURY FOREPERSON:  Yes.

21          If yes, did the defendant discharge a firearm in

22  relation to the underlying crime charged in Count Two?

23          Yes.

24          THE COURT:  Thank you.  Will you please hand me --

25  sir, thank you very much, appreciate it -- the verdict sheet,

1  which has been marked previously as Court Exhibit 3-A?  I'm

2  now going to poll the jury members individually; I'm going to

3  call you by number.

4             Juror No. 1, is this your verdict on all counts?

5             JUROR NO. 1:  Yes.

6             THE COURT:  Juror No. 2, is this your verdict on all

7  counts?

8             JUROR NO. 2:  Yes.

9             THE COURT:  Juror No. 3, is this your verdict on all

10 counts?

11            JUROR NO. 3:  Yes.

12            THE COURT:  Juror No. 4, is this your verdict on all

13 counts?

14            JUROR NO. 4:  Yes.

15            THE COURT:  Juror No. 5, is this your verdict on all

16 counts?

17            JUROR NO. 5:  Yes.

18            THE COURT:  Juror No. 6, is this your verdict on all

19 counts?

20            JUROR NO. 6:  Yes.

21            THE COURT:  Juror No. 7, is this your verdict on all

22 counts?

23            JUROR NO. 7:  Yes.

24            THE COURT:  Juror No. 8, is this your verdict on all

25 counts?

1          JUROR NO. 8:  Yes.

2          THE COURT:  Juror No. 9, is this your verdict on all

3    counts?

4          JUROR NO. 9:  Yes.

5          THE COURT:  Juror No. 10, is this your verdict on

6    all counts?

7          JUROR NO. 10:  Yes.

8          THE COURT:  Juror No. 11, is this your verdict on

9    all counts?

10          JUROR NO. 11:  Yes.

11          THE COURT:  Juror No. 12, is this your verdict on

12    all counts?

13          JUROR NO. 12:  Yes.

14          THE COURT:  Ladies and gentlemen of the jury, I want

15    to thank you and all the parties to this action and all the

16    counsel to this action and the court staff and the public and

17    this great republic of ours, I want to thank you for your duty

18    and your service.  I know this was difficult; I know this was

19    hard.  I practiced law in New York for 33 years before

20    becoming a judge eight years ago.  I know this tears at many

21    of you, not only because I saw the diligence with which you

22    followed this case, but I can see it in your faces, in your

23    eyes, in your body postures.  I know how dedicated you are to

24    the rule of law.  I know how hard this is, and I want you to

25    know that I know how hard this is and how hard this has been

1   for all of you.

2          I cannot thank you enough on behalf of the people of

3   the United States, on behalf of our citizens, on behalf of the

4   rule of law.  It is magnificent, but it is imperfect, but you

5   know, having gone through this, that justice was done here,

6   because you battled to get to the truth and to render a true

7   and just verdict.  As I told you in the beginning, this would

8   be a hard but important task for each of you.  I know that the

9   lawyers, if given the opportunity, would thank you

10  individually and collectively for your fine work, and I want

11  to give a particular acknowledgment and a particular shout-out

12  to the alternates who also served who sat and waited.  Do not

13  think that you were not appreciated, that you were not

14  acknowledged every bit as much as the 12 who are closer to me

15  right now, but none of you is far from my heart and the heart

16  and soul of all of the participants.  This is what our justice

17  system is, ladies and gentlemen.  It is hard, it is focused,

18  but you have done it.

19         I want to thank you, I want to say God bless you,

20  each and every one of you.  You are discharged now with the

21  thanks of the Court.  You will return to the second floor jury

22  room and you will be guided by the knowledge that you have

23  advanced the cause of equal justice under law.  You leave with

24  my thanks and my appreciation and, truly, my humble gratitude

25  to you.  God bless you and keep you.

1          We're adjourned.  Thank you.

2          (Jury exits.)

3          THE COURT:  Thank you, you may be seated.

4          And, ladies and gentlemen, you who are the

5     alternates, you are also excused now, thank you, back down to

6     the second floor, with the thanks of the Court and all of my

7     appreciation for your service as well.

8          (Alternate jurors exit the courtroom.)

9          THE COURT:  All right.  The jurors and the

10    alternates have left the courtroom.

11         Do we have any motions or any procedural issues to

12    address?  In a few minutes, I will have copies made of the

13    verdict sheet that's been signed by the jury foreperson, sheet

14    3-A, and I will make them available to all counsel of record,

15    so I will ask everyone to sit tight after we have whatever

16    motions we have.

17         Any motions?

18         MR. DONOGHUE:  Not from the Government, Your Honor.

19         THE COURT:  Any motions?

20         MS. GELERNT:  Your Honor, we would ask for

21    additional time to file our motions in writing.

22         THE COURT:  How much?

23         MS. GELERNT:  I guess the statute allows for two

24    weeks.  If we could have four weeks, Your Honor.

25         THE COURT:  Granted, four weeks.  So let's get a

1   date on that.  Take a look at your calendars.

2             MS. GELERNT:  Sure.

3             Your Honor, August 14th would be 28 days.

4             THE COURT:  What is that day of the week,

5   Mr. Jackson?

6             THE COURTROOM DEPUTY:  Repeat that date, please.

7             THE COURT:  August 14th.

8             THE COURTROOM DEPUTY:  That's a Wednesday.

9             THE COURT:  You don't want Wednesday, you want the

10  Friday, right?

11            MS. GELERNT:  That's fine, Judge.

12            THE COURT:  What is the Friday?

13            THE COURTROOM DEPUTY:  16th.

14            THE COURT:  August 16th, you have it.

15            How much time to respond, Mr. Donoghue?  What do you

16  want?

17            MR. DONOGHUE:  Can I have just one moment, Your

18  Honor?

19            THE COURT:  Sure.

20            (Pause.)

21            MR. DONOGHUE:  Your Honor, could we have a response

22  on September 13th, Friday?

23            THE COURT:  September 13th.  Friday, the 13th, you

24  have it.

25            MR. DONOGHUE:  Thank you.

1           THE COURT:  You're welcome.

2           Would you like a reply?

3           MS. GELERNT:  Yes, Your Honor.

4           THE COURT:  How many weeks?

5           MS. GELERNT:  I guess two weeks for the reply, Your

6     Honor.

7           THE COURT:  What does that take us to, Mr. Jackson?

8           THE COURTROOM DEPUTY:  27th of September.

9           THE COURT:  27th of September, is that acceptable?

10          MS. GELERNT:  Yes, Your Honor.

11          MR. DONOGHUE:  Yes, sir.

12          THE COURT:  All right.  Now, is there anything else

13    we need to address today?  Anything from the Government?

14          MR. DONOGHUE:  Not from the Government, Your Honor.

15          THE COURT:  Anything else from defense counsel?

16          MS. GELERNT:  Just one moment, Your Honor.

17          THE COURT:  Of course.

18          (Pause.)

19          MS. GELERNT:  Your Honor, I don't believe the Court

20    addressed this, but we would ask for permission, if the jurors

21    are willing to speak to us, to speak to them.

22          THE COURT:  Permission is denied.

23          Anything else?

24          MR. DONOGHUE:  No, sir.

25          THE COURT:  Anything else?

1          MS. GELERNT:  No, Your Honor.

2          THE COURT:  Okay.  Why don't you sit tight,

3    everyone, and we will get copies of the signed verdict sheet

4    to counsel, okay?  Again, mindful of the requirement that the

5    names of the members of the jury are forever to be maintained

6    nonpublic.  Okay?

7          MR. DONOGHUE:  Your Honor, on that point, I would

8    note that the jury foreman signed each of the notes that came

9    from the jury.  I assume the Court's going to have a redacted

10   version that is part of the record.

11         THE COURT:  Your assumption is well-founded --

12         MR. DONOGHUE:  Thank you, sir.

13         THE COURT:  -- because that is exactly what we are

14   going to do.

15         MR. DONOGHUE:  Thank you.

16         THE COURT:  You're very welcome.

17         Anything else?

18         MR. DONOGHUE:  No, sir.

19         MS. GELERNT:  Your Honor, I guess just along those

20   lines, the original jury selection, I don't believe was

21   sealed.

22         THE COURT:  Well, it's sealed now.  And its sealing

23   applies both to the lawyers and to the parties, and I assure

24   there's not going to be a problem, because if there's a

25   problem, there's going to be a problem; are we clear on that?

1          MS. GELERNT:  That's understood completely, Your

2    Honor.

3          THE COURT:  Good.

4          MS. GELERNT:  It's just that they were already

5    produced, and I just wanted to make sure it was sealed on the

6    record and the docket itself.

7          THE COURT:  Okay, we'll seal it for the record, and

8    I appreciate you calling that to the attention of the Court

9    and of all members of the public and of all counsel, because

10   it will be a very bad hair day should those names get out,

11   very bad, very bad.

12         Anything else?

13         MR. DONOGHUE:  Not from the Government, Your Honor.

14         MS. GELERNT:  No, Your Honor.

15         THE COURT:  Okay.

16         Michael, would you be good enough to make -- I think

17   we should start the redaction process now with respect to the

18   jury foreperson's name.  You can just, in the photocopying

19   process, just block out the jury foreperson's name on the

20   copies that will be provided to Counsel so there's no accident

21   so we don't have any problems.  In fact, I will probably --

22   again, that's just a copy, we are going to have the original

23   with the name, because it's important to have the original

24   on -- handled.  Okay?

25         THE CLERK:  Got it.

1      THE COURT:  Thank you.

2      THE CLERK:  Thank you, Judge.

3      THE COURT:  I move very slowly.  You can remain

4  seated.  Relax.  Just take your time.

5      THE CLERK:  Thank you, Judge.

6      (Pause.)

7      THE COURT:  May I have the original, please?

8      THE CLERK:  Yes.

9      THE COURT:  Let's go back on the record.

10     I have what has been marked as Court Exhibit 3-A,

11  the verdict sheet, and we've redacted the signature of the

12  jury foreperson on the copies that will now be provided to

13  counsel, but we do have copies for counsel of the verdict

14  sheet as announced in court, and I've polled the jury, of

15  course.

16     How many copies would each side like of Court 3-A?

17  For the Government, how many copies do you want?

18     MR. DONOGHUE:  Two, if you have them, Your Honor.

19     THE COURT:  We have them.

20     Defense counsel, how many copies would you like?

21     MS. GELERNT:  I suppose, if you have them, three,

22  we'll take them, but --

23     THE COURT:  We have three, Counsel.  We are very

24  generous with the copies of such a just verdict, and we have a

25  copy for the court reporter as well.

1      Madam Reporter (handing).

2      And before we adjourn, I want to say this to counsel

3  of record.  This is the first time I've had the pleasure of

4  having the lawyers who tried this case try a case before me.

5  I've interacted with you in other capacities; this is the

6  first time we've had a trial.  This experience has convinced

7  me of the wisdom of my decision to become an Article III judge

8  because I couldn't match your skill and your vigor as

9  advocates, and I'm glad I never had to try a case against any

10  of these guys.  You tried the case incredibly well, with

11  incredible discipline and professionalism, and I know there's

12  a lot of passion on both sides of this case, and one of the

13  things that I find impressive about our profession as lawyers

14  and judges is the skill and the competence, as you juggled

15  your many competing duties, that each of you has both

16  personally and professionally to try a case like this.

17      I bored you in some of the pretrial proceedings we

18  had with war stories, I will now bore you with another one,

19  and then I will discharge you with the thanks of the Court and

20  my acknowledgment.

21      We had a case here, a number of years ago now, where

22  defendant ultimately pled guilty in the case to the murder

23  overseas of one of our American diplomats, and one of the

24  people who survived that attack was his best friend who was a

25  United States Marine attache, and after the trial was over,

1   the survivor of the attack and the family of the gentleman who

2   had been killed asked if they could come to chambers to

3   express their appreciation of the proceedings -- it hadn't

4   gone to a full trial, there had been a plea, but there had

5   been a number of pretrial proceedings and so forth -- and I

6   checked with the other side, they didn't have any problem with

7   that, the case was over, and I said sure.  And the family was

8   very grateful.  I said, I just did the best I could as a trial

9   judge, and I said to the marine who had survived the attack, I

10  said, I have a question for you.  And he said, What's your

11  question, Judge?  I said, Well, you were in country, you were

12  with your best friend, you saw him murdered.  You, yourself,

13  were almost killed, you were shot up pretty badly, you've just

14  gone through several weeks,    months -- actually years

15  leading up to the proceedings, but many weeks of pretrial

16  proceedings -- what do you think of that?  You're a soldier.

17  What do you think of what you've been through in this judicial

18  part of it?  And this marine looked at me -- this man had been

19  shot, almost killed -- and he said, Judge, that's what I'm

20  fighting for.  I'm fighting for the right of that defendant

21  who killed my best friend overseas and who almost killed me,

22  I'm fighting for his right to have fair and impartial

23  proceedings before you or another federal judge.  He said,

24  that's what I put my life on the line for.  He said, I don't

25  ever want to be a soldier in a country where when you catch

1  the guy who killed your best friend, when you catch the guy

2  who almost killed you, you say, up against the wall, and you

3  shoot him.  He says, when you are in a war and you are

4  fighting soldiers, that's one thing, but when that man was

5  captured and he had every single protection that the American

6  judicial system provides, he says, that's why I put my life on

7  the line.

8          I never wanted to kiss a male Marine more in my

9  life, I resisted the urge, but what I really wanted to do was

10 to bottle his heroism and his true patriotism, and I see that

11 spirit reflected in this courthouse, and I saw it reflected in

12 this courtroom in this trial, and I cannot be more grateful to

13 you, Counsel, on both sides, and I cannot be more convinced of

14 the wisdom that I had in getting the hell out of the trenches

15 and putting on the black prom dress to be a judge.

16         So with that, you are discharged with the thanks of

17 the Court.  I look forward to your post-trial submissions and

18 I look forward to having you appear before me again, but give

19 me a couple days off.

20         Thank you.  We're adjourned.

21         MR. DONOGHUE:  Thank you, Your Honor.

22         MR. NAVARRO:  Thank you, Your Honor.

23         MS. GELERNT:  Thank you.

24         THE COURT:  Thank you, everyone.  God bless.

25         (Matter adjourned.)

INDEX


EXHIBITS

COURT'S EXHIBITS:

Court's Exhibit 8......................... 1220

Court's Exhibit 8-A....................... 1221

Court's Exhibit 2-A....................... 1222

Court's Exhibit 3-A....................... 1223

*****

## 1

**1** [3] - 1:20, 8:4, 8:5
**10** [2] - 9:5, 9:7
**11** [2] - 9:8, 9:10
**11201** [3] - 1:16, 1:20, 1:24
**11:08** [1] - 2:1
**11:13** [1] - 2:14
**12** [3] - 9:11, 9:13, 10:14
**13th** [2] - 12:22, 12:23
**14th** [2] - 12:3, 12:7
**16th** [3] - 1:20, 12:13, 12:14
**17** [2] - 1:7, 4:13
**19-CR-4** [1] - 2:20
**19-CR-4(WFK** [1] - 1:3

## 2

**2** [2] - 8:6, 8:8
**2-A** [3] - 5:5, 5:8, 5:22
**2-A.....................** [1] - 20:8
**2019** [2] - 1:7, 4:13
**225** [1] - 1:24
**271** [1] - 1:15
**27th** [2] - 13:8, 13:9
**28** [1] - 12:3

## 3

**3** [3] - 8:9, 8:11, 20:6
**3-A** [6] - 5:12, 6:8, 8:1, 11:14, 16:10, 16:16
**3-A.....................** [1] - 20:9
**33** [1] - 9:19

## 4

**4** [3] - 8:12, 8:14, 20:7

## 5

**5** [3] - 8:15, 8:17, 20:8

## 6

**6** [3] - 8:18, 8:20, 20:9

## 7

**7** [2] - 8:21, 8:23

## 8

**8** [6] - 3:24, 3:25, 4:4, 4:22, 8:24, 9:1
**8-A** [6] - 4:1, 4:14, 4:18, 4:22, 4:25, 5:2
**8-A.....................** [1] - 20:7
**8.....................** [1] - 20:6

## 9

**9** [2] - 9:2, 9:4
**9:30** [1] - 1:8

## A

**a.m** [3] - 1:8, 2:1, 2:14
**above-captioned** [1] - 6:19
**acceptable** [1] - 13:9
**accident** [1] - 15:20
**acknowledged** [1] - 10:14
**acknowledgment** [2] - 10:11, 17:20
**action** [3] - 4:9, 9:15, 9:16
**additional** [1] - 11:21
**address** [2] - 11:12, 13:13
**addressed** [1] - 13:20
**adjourn** [1] - 17:2
**adjourned** [3] - 11:1, 19:20, 19:25
**advanced** [1] - 10:23
**advises** [1] - 4:4
**advocates** [1] - 17:9
**Agent** [1] - 3:2
**ago** [2] - 9:20, 17:21
**ahead** [1] - 6:17
**Aided** [1] - 1:25
**airline** [1] - 6:4
**allows** [1] - 11:23
**almost** [4] - 18:13, 18:19, 18:21, 19:2
**alternate** [1] - 11:8
**alternates** [3] - 10:12, 11:5, 11:10
**AMERICA** [1] - 1:3
**American** [2] - 17:23, 19:5
**announced** [2] - 5:12, 16:14
**appear** [1] - 19:18
**appearances** [2] - 2:16, 2:18, 2:21
**applies** [1] - 14:23
**appreciate** [2] - 7:25, 15:8
**appreciated** [1] - 10:13
**appreciation** [3] - 10:24, 11:7, 18:3
**Article** [1] - 17:7
**assault** [2] - 6:23, 7:1
**Assistant** [1] - 1:18
**assume** [1] - 14:9
**assumption** [1] - 14:11
**assure** [1] - 14:23
**attache** [1] - 17:25
**attack** [3] - 17:24, 18:1, 18:9
**attempted** [1] - 6:21
**attention** [1] - 15:8
**Attorney** [2] - 1:17, 1:18
**ATTORNEY'S** [1] - 1:14
**August** [2] - 12:3, 12:7
**august** [1] - 12:14
**available** [4] - 4:5, 4:6, 4:11, 11:14

## B

**bad** [3] - 15:10, 15:11
**badly** [1] - 18:13
**battled** [1] - 10:6
**become** [1] - 17:7
**becoming** [1] - 9:20
**BEFORE** [1] - 1:12
**beginning** [1] - 10:7
**behalf** [4] - 3:7, 10:2, 10:3

## BENJAMIN

**BENJAMIN** [2] - 1:22, 3:7
**Benjamin** [1] - 3:6
**best** [5] - 17:24, 18:8, 18:12, 18:21, 19:1
**bit** [1] - 10:14
**black** [1] - 19:15
**bless** [3] - 10:19, 10:25, 19:24
**block** [1] - 15:19
**bodily** [1] - 7:3
**body** [1] - 9:23
**bore** [1] - 17:18
**bored** [1] - 17:17
**bottle** [1] - 19:10
**bring** [4] - 2:13, 5:11, 5:15, 5:21
**Brooklyn** [3] - 1:6, 1:16, 1:20
**brought** [1] - 5:13
**business** [1] - 6:4
**BY** [1] - 1:16
**BY:MICHELLE** [1] - 1:21

## C

**Cadman** [2] - 1:15, 1:24
**calendars** [1] - 12:1
**cannot** [3] - 10:2, 19:12, 19:13
**capacities** [1] - 17:5
**captioned** [1] - 6:19
**captured** [1] - 19:5
**carry** [2] - 7:8, 7:14
**case** [12] - 2:17, 6:19, 9:22, 17:4, 17:9, 17:10, 17:12, 17:16, 17:21, 17:22, 18:7
**catch** [2] - 18:25, 19:1
**CAUSE** [1] - 1:11
**cell** [1] - 6:3
**chambers** [1] - 18:2
**charged** [4] - 7:9, 7:12, 7:15, 7:22
**checked** [1] - 18:6
**citizens** [1] - 10:3
**clear** [1] - 14:25
**CLERK** [4] - 15:25, 16:2, 16:5, 16:8
**closer** [1] - 10:10
**collectively** [1] - 10:10
**commencing** [1] - 2:1
**commit** [1] - 7:1
**competence** [1] - 17:14
**competing** [1] - 17:15
**completely** [1] - 15:1
**Computer** [1] - 1:25
**Computer-Aided** [1] - 1:25
**confidentiality** [1] - 4:9
**connection** [2] - 7:9, 7:15
**convinced** [2] - 17:6, 19:13
**copies** [11] - 4:21, 5:22, 11:12, 14:3, 15:20, 16:12, 16:13, 16:16, 16:17, 16:20, 16:24
**copy** [2] - 15:22, 16:25
**counsel** [14] - 2:21, 4:7, 4:8, 5:17, 6:16, 9:16, 11:14, 13:15, 14:4, 15:9, 16:13, 16:20, 17:2
**Counsel** [3] - 15:20, 16:23, 19:13

**Count** [6] - 6:21, 6:23, 7:9, 7:12, 7:15, 7:22
**count** [1] - 7:5
**country** [2] - 18:11, 18:25
**counts** [12] - 8:4, 8:7, 8:10, 8:13, 8:16, 8:19, 8:22, 8:25, 9:3, 9:6, 9:9, 9:12
**couple** [1] - 19:19
**course** [2] - 13:17, 16:15
**COURT** [71] - 1:1, 1:12, 1:23, 2:4, 2:9, 2:13, 2:15, 2:19, 3:4, 3:10, 3:17, 4:1, 4:17, 4:21, 5:1, 5:6, 5:17, 5:19, 5:25, 6:2, 6:9, 7:19, 7:24, 8:6, 8:9, 8:12, 8:15, 8:18, 8:21, 8:24, 9:2, 9:5, 9:8, 9:11, 9:14, 11:3, 11:9, 11:19, 11:22, 11:25, 12:4, 12:7, 12:9, 12:12, 12:14, 12:19, 12:23, 13:1, 13:4, 13:7, 13:9, 13:12, 13:15, 13:17, 13:22, 13:25, 14:2, 14:11, 14:13, 14:16, 14:22, 15:3, 15:7, 15:15, 16:1, 16:3, 16:7, 16:9, 16:19, 16:23, 19:24
**Court** [27] - 1:23, 3:18, 4:4, 4:7, 4:8, 4:12, 4:14, 4:18, 4:22, 5:1, 5:2, 5:6, 5:7, 5:12, 5:22, 8:1, 10:21, 11:6, 13:19, 15:8, 16:10, 16:16, 17:19, 19:17
**court** [9] - 2:2, 5:7, 5:12, 5:13, 5:20, 9:16, 16:14, 16:25
**COURT'S** [1] - 20:4
**Court's** [9] - 3:25, 4:25, 5:5, 6:8, 14:9, 20:6, 20:7, 20:8, 20:9
**courthouse** [1] - 19:11
**Courthouse** [1] - 1:5
**COURTROOM** [5] - 2:7, 12:6, 12:8, 12:13, 13:8
**courtroom** [5] - 2:14, 5:11, 11:8, 11:10, 19:12
**crime** [5] - 7:6, 7:9, 7:12, 7:15, 7:22
**CRIMINAL** [1] - 1:11
**criminal** [1] - 2:19

## D

**dangerous** [1] - 6:25
**date** [2] - 12:1, 12:6
**dated** [1] - 5:14
**days** [2] - 12:3, 19:19
**deadly** [1] - 6:25
**decision** [1] - 17:7
**dedicated** [1] - 9:23
**defendant** [11] - 1:8, 2:14, 6:25, 7:3, 7:8, 7:11, 7:14, 7:17, 7:21, 17:22, 18:20
**Defendant** [1] - 1:19
**Defenders** [4] - 3:6, 3:12, 3:14, 4:17
**DEFENDERS** [1] - 1:19
**defense** [4] - 3:5, 5:17, 13:15, 16:20
**denied** [1] - 13:22
**DENISE** [1] - 1:23
**DeniseParisi72@gmail.com** [1] - 1:24
**DEPUTY** [5] - 2:7, 12:6, 12:8, 12:13, 13:8

**difficult** [1] - 9:18
**diligence** [1] - 9:21
**diplomats** [1] - 17:23
**discharge** [4] - 7:11, 7:17, 7:21, 17:19
**discharged** [2] - 10:20, 19:16
**discipline** [1] - 17:11
**DISTRICT** [4] - 1:1, 1:1, 1:12, 1:15
**District** [2] - 4:3, 4:12
**Docket** [1] - 2:19
**docket** [1] - 15:6
**document** [2] - 4:21, 5:7
**done** [2] - 10:5, 10:18
**DONOGHUE** [19] - 1:16, 2:23, 2:24, 4:16, 5:16, 11:18, 12:17, 12:21, 12:25, 13:11, 13:14, 13:24, 14:7, 14:12, 14:15, 14:18, 15:13, 16:18, 19:21
**Donoghue** [2] - 2:24, 12:15
**down** [3] - 2:4, 6:16, 11:5
**dress** [1] - 19:15
**during** [2] - 2:16, 7:5
**duties** [1] - 17:15
**duty** [1] - 9:17

## E

**East** [1] - 1:15
**East/Brooklyn** [1] - 1:24
**EASTERN** [2] - 1:1, 1:15
**eight** [1] - 9:20
**enters** [2] - 2:14, 6:7
**equal** [1] - 10:23
**ESQ** [3] - 1:21, 1:21, 1:22
**exactly** [1] - 14:13
**excused** [1] - 11:5
**Exhibit** [15] - 3:24, 3:25, 4:1, 4:4, 4:25, 5:5, 5:8, 5:12, 6:8, 8:1, 16:10, 20:6, 20:7, 20:8, 20:9
**EXHIBITS** [2] - 20:3, 20:4
**exit** [1] - 11:8
**exits** [1] - 11:2
**experience** [1] - 17:6
**express** [1] - 18:3
**eyes** [1] - 9:23

## F

**faces** [1] - 9:22
**fact** [1] - 15:21
**fair** [1] - 18:22
**family** [2] - 18:1, 18:7
**far** [1] - 10:15
**FBI** [1] - 3:2
**federal** [3] - 6:21, 6:23, 18:23
**FEDERAL** [1] - 1:19
**Federal** [4] - 3:6, 3:11, 3:14, 4:17
**few** [1] - 11:12
**fighting** [4] - 18:20, 18:22, 19:4
**file** [1] - 11:21
**fine** [2] - 10:10, 12:11
**firearm** [6] - 7:5, 7:8, 7:11, 7:14, 7:17, 7:21

**first** [2] - 17:3, 17:6
**Floor** [1] - 1:20
**floor** [2] - 10:21, 11:6
**focused** [1] - 10:17
**followed** [1] - 9:22
**following** [4] - 2:1, 3:18, 5:7, 6:19
**follows** [2] - 4:2, 5:8
**FOR** [1] - 1:11
**foreman** [1] - 14:8
**FOREPERSON** [2] - 6:18, 7:20
**foreperson** [7] - 3:23, 5:10, 5:14, 6:11, 6:14, 11:13, 16:12
**foreperson's** [2] - 15:18, 15:19
**forever** [2] - 4:9, 14:5
**form** [1] - 5:14
**forth** [1] - 18:5
**forward** [2] - 19:17, 19:18
**founded** [1] - 14:11
**four** [2] - 11:24, 11:25
**FRANCISCO** [2] - 1:17, 2:25
**Francisco** [1] - 2:24
**Friday** [4] - 12:10, 12:12, 12:22, 12:23
**friend** [4] - 17:24, 18:12, 18:21, 19:1
**full** [1] - 18:4

## G

**G-E-L-E-R-N-T** [1] - 3:13
**GELERNT** [24] - 1:21, 2:11, 3:11, 4:19, 4:24, 5:18, 5:23, 6:1, 11:20, 11:23, 12:2, 12:11, 13:3, 13:5, 13:10, 13:16, 13:19, 14:1, 14:19, 15:1, 15:4, 15:14, 16:21, 19:23
**Gelernt** [1] - 3:12
**generous** [1] - 16:24
**gentleman** [1] - 18:1
**gentlemen** [5] - 6:9, 6:13, 9:14, 10:17, 11:4
**given** [1] - 10:9
**glad** [1] - 17:9
**God** [1] - 10:19
**god** [2] - 10:25, 19:24
**Government** [8] - 1:14, 4:16, 5:15, 11:18, 13:13, 13:14, 15:13, 16:17
**granted** [1] - 11:25
**grateful** [2] - 18:8, 9:12
**gratitude** [1] - 10:24
**great** [1] - 9:17
**guess** [3] - 11:23, 13:5, 14:19
**guided** [1] - 10:22
**guilty** [4] - 6:22, 6:24, 7:7, 17:22
**guy** [2] - 19:1
**guys** [1] - 17:10

## H

**hair** [1] - 15:10
**hand** [1] - 7:24
**handing)** [1] - 17:1
**handled** [1] - 15:24
**hard** [6] - 9:19, 9:24, 9:25, 10:8, 10:17

**heart** [2] - 10:15
**hell** [1] - 19:14
**hereby** [2] - 4:8, 6:19
**heroism** [1] - 19:10
**Honor** [31] - 2:11, 3:1, 3:3, 3:11, 3:15, 4:16, 4:19, 4:24, 5:18, 5:23, 11:18, 11:20, 11:24, 12:3, 12:18, 12:21, 13:3, 13:6, 13:10, 13:14, 13:16, 13:19, 14:1, 14:7, 14:19, 15:2, 15:13, 15:14, 16:18, 19:21, 19:22
**Honorable** [1] - 4:12
**honorable** [1] - 3:19
**HONORABLE** [1] - 1:12
**humble** [1] - 10:24

### I

**II** [3] - 1:12, 4:2, 4:12
**III** [1] - 17:7
**impartial** [1] - 18:22
**imperfect** [1] - 10:4
**important** [2] - 10:8, 15:23
**impressive** [1] - 17:13
**incredible** [1] - 17:11
**incredibly** [1] - 17:10
**INDEX** [1] - 20:1
**individually** [2] - 8:2, 10:10
**inflict** [1] - 7:3
**injury** [1] - 7:3
**inquire** [1] - 3:20
**interacted** [1] - 17:5
**issues** [1] - 11:11
**itself** [1] - 15:6

### J

**Jackson** [4] - 2:4, 2:17, 12:5, 13:7
**judge** [5] - 9:20, 17:7, 18:9, 18:23, 19:15
**Judge** [9] - 2:8, 3:19, 4:3, 5:8, 12:11, 16:2, 16:5, 18:11, 18:19
**JUDGE** [1] - 1:12
**judges** [1] - 17:14
**judicial** [2] - 18:17, 19:6
**juggled** [1] - 17:14
**July** [2] - 1:7, 4:13
**Juror** [12] - 8:4, 8:6, 8:9, 8:12, 8:15, 8:18, 8:21, 8:24, 9:2, 9:5, 9:8, 9:11
**JUROR** [12] - 8:5, 8:8, 8:11, 8:14, 8:17, 8:20, 8:23, 9:1, 9:4, 9:7, 9:10, 9:13
**jurors** [8] - 3:20, 4:5, 4:6, 4:10, 4:11, 11:8, 11:9, 13:20
**jury** [28] - 2:3, 3:19, 3:23, 4:4, 4:15, 4:18, 5:2, 5:9, 5:10, 5:15, 5:21, 6:3, 6:10, 6:11, 6:13, 6:18, 8:2, 9:14, 10:21, 11:13, 14:5, 14:8, 14:9, 14:20, 15:18, 15:19, 16:12, 16:14
**Jury** [2] - 6:7, 11:2
**JURY** [2] - 6:18, 7:20
**jury's** [1] - 4:3
**justice** [3] - 10:5, 10:16, 10:23

### K

**keep** [3] - 6:14, 7:19, 10:25
**killed** [7] - 18:2, 18:13, 18:19, 18:21, 19:1, 19:2
**kiss** [1] - 19:8
**knowledge** [1] - 10:22
**known** [1] - 4:7
**KUNTZ** [1] - 1:12
**Kuntz** [3] - 4:2, 4:12, 5:9

### L

**ladies** [5] - 6:9, 6:13, 9:14, 10:17, 11:4
**last** [1] - 3:12
**law** [4] - 9:19, 9:24, 10:4, 10:23
**lawyers** [5] - 5:22, 10:9, 14:23, 17:4, 17:13
**leading** [1] - 18:15
**leave** [1] - 10:23
**left** [2] - 3:8, 11:10
**life** [3] - 18:24, 19:6, 19:9
**line** [2] - 18:24, 19:7
**lines** [1] - 14:20
**look** [3] - 12:1, 19:17, 19:18
**looked** [1] - 18:18
**loud** [2] - 6:12, 6:15

### M

**Madam** [1] - 17:1
**magnificent** [1] - 10:4
**maintain** [1] - 4:9
**maintained** [1] - 14:5
**male** [1] - 19:8
**man** [2] - 18:18, 19:4
**Marine** [2] - 17:25, 19:8
**marine** [2] - 18:9, 18:18
**marked** [9] - 3:24, 3:25, 4:4, 4:25, 5:5, 5:12, 6:8, 8:1, 16:10
**MARSHAL** [1] - 6:6
**match** [1] - 17:8
**matter** [1] - 19:25
**mechanical** [1] - 1:25
**members** [3] - 8:2, 14:5, 15:9
**Michael** [3] - 3:15, 5:20, 15:16
**MICHAEL** [2] - 1:21, 3:15
**Michelle** [1] - 3:12
**MICHELLE** [1] - 3:12
**mindful** [1] - 14:4
**minutes** [1] - 11:12
**moment** [4] - 2:12, 4:20, 12:17, 13:16
**months** [1] - 18:14
**morning** [7] - 3:3, 3:4, 3:9, 3:10, 3:11, 3:16, 3:17
**motions** [5] - 11:11, 11:16, 11:17, 11:19, 11:21
**move** [1] - 16:3
**MR** [20] - 2:23, 3:6, 3:14, 4:16, 5:16, 11:18, 12:17, 12:21, 12:25, 13:11, 13:14, 13:24, 14:7, 14:12, 14:15,
14:18, 15:13, 16:18, 19:21, 19:22
**MS** [23] - 2:11, 3:11, 4:19, 4:24, 5:18, 5:23, 6:1, 11:20, 11:23, 12:2, 12:11, 13:3, 13:5, 13:10, 13:16, 13:19, 14:1, 14:19, 15:1, 15:4, 15:14, 16:21, 19:23
**murder** [2] - 6:21, 17:22
**murdered** [1] - 18:12

### N

**N-A-V-A-R-R-O** [1] - 2:25
**name** [4] - 3:12, 15:18, 15:19, 15:23
**names** [7] - 3:20, 4:5, 4:6, 4:10, 14:5, 15:10
**NAVARRO** [2] - 1:17, 19:22
**Navarro** [1] - 2:25
**need** [1] - 13:13
**never** [4] - 4:5, 4:10, 17:9, 19:8
**NEW** [3] - 1:1, 1:15, 1:19
**New** [4] - 1:6, 1:16, 1:20, 9:19
**NO** [12] - 8:5, 8:8, 8:11, 8:14, 8:17, 8:20, 8:23, 9:1, 9:4, 9:7, 9:10, 9:13
**none** [1] - 10:15
**nonpublic** [1] - 14:6
**note** [4] - 3:1, 3:18, 4:3, 14:8
**notes** [1] - 14:8
**Number** [1] - 2:19
**number** [3] - 8:3, 17:21, 18:5
**NY** [1] - 1:24

### O

**O-R-A-V-S-K-Y** [1] - 3:2
**objection** [3] - 4:14, 4:17, 4:24
**OF** [5] - 1:1, 1:3, 1:11, 1:15, 1:19
**OFFICE** [1] - 1:14
**officer** [6] - 5:2, 5:7, 5:13, 5:21, 6:21, 6:23
**OFFICIAL** [1] - 1:23
**One** [3] - 6:21, 7:9, 7:12
**one** [6] - 10:20, 12:17, 13:16, 17:12, 17:18, 17:23, 19:4
**open** [1] - 2:2
**opportunity** [1] - 10:9
**option** [1] - 3:22
**Oravsky** [1] - 3:2
**ordered** [1] - 4:11
**orders** [1] - 4:8
**original** [4] - 14:20, 15:22, 15:23, 16:7
**outside** [1] - 2:2
**overseas** [2] - 17:23, 18:21

### P

**P-A-D-D-E-N** [1] - 3:15
**PADDEN** [2] - 1:21, 3:14
**Padden** [1] - 3:15
**PARISI** [1] - 1:23
**part** [2] - 14:10, 18:18
**participants** [1] - 10:16
**particular** [2] - 10:11
**parties** [3] - 4:8, 9:15, 14:23

passion [1] - 17:12
patriotism [1] - 19:10
pause [1] - 12:20
Pause [7] - 2:6, 2:10, 4:23, 5:4, 6:5, 13:18, 16:6
people [2] - 10:2, 17:24
permission [2] - 13:20, 13:22
personally [1] - 17:16
phones [1] - 6:4
photocopying [1] - 15:18
Pierrepont [1] - 1:20
Plaza [3] - 1:15, 1:20, 1:24
plea [1] - 18:4
pleasure [1] - 17:3
pled [1] - 17:22
point [1] - 14:7
poll [1] - 8:2
polled [1] - 16:14
possess [2] - 7:8, 7:14
possessing [1] - 7:5
post [1] - 19:17
post-trial [1] - 19:17
postures [1] - 9:23
practiced [1] - 9:19
prepared [1] - 4:1
presence [1] - 2:3
pretrial [3] - 17:17, 18:5, 18:15
pretty [1] - 18:13
previously [1] - 8:1
problem [4] - 14:24, 14:25, 18:6
problems [1] - 15:21
procedural [1] - 11:11
Proceedings [1] - 1:25
proceedings [7] - 2:2, 17:17, 18:3, 18:5, 18:15, 18:16, 18:23
process [2] - 15:17, 15:19
produced [2] - 1:25, 15:5
profession [1] - 17:13
professionalism [1] - 17:11
professionally [1] - 17:16
prom [1] - 19:15
protection [1] - 19:5
provided [2] - 15:20, 16:12
provides [1] - 19:6
public [6] - 3:21, 4:6, 4:11, 9:16, 15:9
publicly [4] - 3:22, 4:5, 4:6, 4:11
published [1] - 3:22
put [2] - 18:24, 19:6
putting [1] - 19:15

## R

reached [4] - 3:19, 5:8, 5:9, 6:10
read [2] - 6:11, 6:15
reads [2] - 4:2, 5:8
really [1] - 19:9
received [2] - 3:18, 5:6
record [10] - 2:22, 3:21, 4:7, 4:8, 11:14, 14:10, 15:6, 15:7, 16:9, 17:3
recorded [1] - 1:25

redacted [2] - 14:9, 16:11
redaction [1] - 15:17
reflected [1] - 19:11
relation [4] - 7:6, 7:12, 7:18, 7:22
relax [1] - 16:4
remain [3] - 2:15, 6:2, 16:3
render [2] - 6:19, 10:6
repeat [1] - 12:6
reply [2] - 13:2, 13:5
Reporter [1] - 1:23, 17:1
reporter [1] - 16:25
REPORTER [1] - 1:23
republic [1] - 9:17
requirement [1] - 14:4
resisted [1] - 19:9
respect [1] - 15:17
respond [1] - 12:15
response [3] - 4:1, 4:3, 12:21
return [1] - 10:21
RICHARD [2] - 1:16, 2:24
Richard [1] - 2:23
rise [1] - 6:6
RONELL [2] - 1:7, 3:8
Ronell [2] - 3:7, 6:20
room [3] - 4:15, 4:18, 10:22
rule [2] - 9:24, 10:4

## S

sat [1] - 10:12
saw [3] - 9:21, 18:12, 19:11
seal [1] - 15:7
sealed [3] - 14:21, 14:22, 15:5
sealing [1] - 14:22
seated [7] - 2:15, 2:16, 3:8, 6:2, 6:13, 11:3, 16:4
second [2] - 10:21, 11:6
security [4] - 5:2, 5:7, 5:13, 5:20
see [4] - 2:5, 4:22, 9:22, 19:10
selection [1] - 14:20
sent [2] - 4:15, 4:18
September [4] - 12:22, 12:23, 13:8, 13:9
served [1] - 10:12
service [2] - 9:18, 11:7
several [1] - 18:14
Shane [1] - 3:2
SHANE [1] - 3:2
sheet [8] - 5:10, 5:11, 7:25, 11:13, 14:3, 16:11, 16:14
shoot [1] - 19:3
shot [2] - 18:13, 18:19
shout [1] - 10:11
shout-out [1] - 10:11
side [2] - 16:16, 18:6
sides [3] - 4:22, 17:12, 19:13
signature [1] - 16:11
signed [6] - 3:23, 5:10, 5:14, 11:13, 14:3, 14:8
single [1] - 19:5
sit [5] - 5:24, 5:25, 6:16, 11:15, 14:2

skill [2] - 17:8, 17:14
slowly [1] - 16:3
soldier [2] - 18:16, 18:25
soldiers [1] - 19:4
soul [1] - 10:16
Special [1] - 3:2
spirit [1] - 19:11
staff [1] - 9:16
stand [2] - 5:24, 6:14
start [1] - 15:17
state [1] - 2:21
STATES [4] - 1:1, 1:3, 1:12, 1:14
States [8] - 1:5, 1:17, 1:18, 2:23, 4:2, 4:12, 10:3, 17:25
statute [1] - 11:23
stenography [1] - 1:25
stored [1] - 6:4
stories [1] - 17:18
submissions [1] - 19:17
suppose [1] - 16:21
survived [2] - 17:24, 18:9
survivor [1] - 18:1
system [2] - 10:17, 19:6

## T

table [1] - 3:1
task [1] - 10:8
tears [1] - 9:20
THE [79] - 1:12, 2:4, 2:7, 2:9, 2:13, 2:15, 2:19, 3:4, 3:10, 3:17, 4:1, 4:17, 4:21, 5:1, 5:6, 5:17, 5:19, 5:25, 6:2, 6:6, 6:9, 7:19, 7:24, 8:6, 8:9, 8:12, 8:15, 8:18, 8:21, 8:24, 9:2, 9:5, 9:8, 9:11, 9:14, 11:3, 11:9, 11:19, 11:22, 11:25, 12:4, 12:6, 12:7, 12:8, 12:9, 12:12, 12:13, 12:14, 12:19, 12:23, 13:1, 13:4, 13:7, 13:8, 13:9, 13:12, 13:15, 13:17, 13:22, 13:25, 14:2, 14:11, 14:13, 14:16, 14:22, 15:3, 15:7, 15:15, 15:25, 16:1, 16:2, 16:3, 16:5, 16:7, 16:8, 16:9, 16:19, 16:23, 19:24
three [2] - 16:21, 16:23
Three [1] - 7:5
tight [2] - 11:15, 14:2
today [1] - 13:13
transcript [1] - 1:25
TRANSCRIPT [1] - 1:11
Transcription [1] - 1:25
trenches [1] - 19:14
trial [7] - 2:19, 17:6, 17:25, 18:4, 18:8, 19:12, 19:17
TRIAL [1] - 1:11
tried [2] - 17:4, 17:10
true [2] - 10:6, 19:10
truly [1] - 10:24
truth [1] - 10:6
try [3] - 17:4, 17:9, 17:16
Two [3] - 6:23, 7:15, 7:22
two [3] - 11:23, 13:5, 16:18

## U

**ultimately** [1] - 17:22
**unanimous** [1] - 5:9
**under** [1] - 10:23
**underlying** [4] - 7:9, 7:12, 7:15, 7:22
**understood** [1] - 15:1
**UNITED** [4] - 1:1, 1:3, 1:12, 1:14
**United** [8] - 1:5, 1:17, 1:18, 2:23, 4:2, 4:12, 10:3, 17:25
**up** [5] - 2:7, 6:15, 18:13, 18:15, 19:2
**urge** [1] - 19:9
**USA** [1] - 2:20

## V

**verdict** [28] - 3:19, 5:8, 5:9, 5:10, 5:11, 6:10, 6:11, 6:15, 6:19, 7:25, 8:4, 8:6, 8:9, 8:12, 8:15, 8:18, 8:21, 8:24, 9:2, 9:5, 9:8, 9:11, 10:7, 11:13, 14:3, 16:11, 16:13, 16:24
**version** [1] - 14:10
**versus** [1] - 2:20
**vigor** [1] - 17:8
**violence** [1] - 7:6
**voice** [1] - 6:15

## W

**waited** [1] - 10:12
**wall** [1] - 19:2
**war** [2] - 17:18, 19:3
**Watson** [4] - 2:20, 3:8, 5:23, 6:20
**WATSON** [2] - 1:7, 3:8
**weapon** [1] - 6:25
**Wednesday** [3] - 1:7, 12:8, 12:9
**week** [1] - 12:4
**weeks** [7] - 11:24, 11:25, 13:4, 13:5, 18:14, 18:15
**welcome** [3] - 6:9, 13:1, 14:16
**well-founded** [1] - 14:11
**WILLIAM** [1] - 1:12
**William** [2] - 4:2, 4:12
**willing** [1] - 13:21
**wisdom** [2] - 17:7, 19:14
**wit** [1] - 2:3
**writing** [1] - 11:21

## Y

**Yaster** [1] - 3:6
**YASTER** [3] - 1:22, 3:6, 3:7
**years** [4] - 9:19, 9:20, 17:21, 18:14
**YORK** [3] - 1:1, 1:15, 1:19
**York** [4] - 1:6, 1:16, 1:20, 9:19
**yourself** [1] - 18:12

## Z

**ZEV** [1] - 1:22